IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ROGELIO PONCE | § | CIVIL ACTION NO. |
| Plaintiff, | § | |
| | § | |
| vs. | § | 7:16-cv-219 |
| | § | |
| STATE FARM LLOYDS | § | |
| AND RAFAEL NAVARRO | § | |
| Defendants. | § | JURY REQUESTED |

### NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiff, ROGELIO PONCE, and Defendant, STATE FARM LLOYDS, (hereinafter referred to as "State Farm"), and hereby notifies the Court that Plaintiff and Defendants have settled Plaintiff's claims and causes of action against Defendants in this lawsuit. Although Defendant Rafael Navarro has not been served and has not made an appearance, the settlement includes all claims made against Mr. Navarro as well as those against State Farm. The Parties are currently preparing a release and expect to file a stipulation of dismissal with this Court within thirty (30) days.

Respectfully submitted,

By: _____
Kevin S. Baker
Federal Bar No. 306997
Perry Dominguez
Federal Bar No. 690067
KETTERMAN, ROWLAND & WESTLUND
16500 San Pedro, Ste. 302
San Antonio, Texas 78232
Telephone: (210) 490-7402
**COUNSEL FOR PLAINTIFF,
ROGELIO PONCE**

F:\dvj\314-185\Notice of Settlement.docx

**AND**

By: _____
David V. Jones
Southern District of Texas No. 3707
Edward J. Batis, Jr.
Southern District of Texas No. 179932
Leslie Megin Koch
Southern District of Texas No. 19546
**JONES, ANDREWS & ORTIZ, P.C.**
10100 Reunion Place, Suite 600
San Antonio, Texas 78216
210/344-3900
210/366-4301 Facsimile
**COUNSEL FOR DEFENDANTS,**
**STATE FARM LLOYDS AND**
**RAFAEL NAVARRO**

## CERTIFICATE OF SERVICE

On the __3__ day of __June__, 2016, the foregoing document was in compliance with the Federal Rules of Civil Procedure, served to the following counsel of record:

Mr. Kevin S. Baker
Mr. Perry Dominguez
Ketterman, Rowland & Westlund
16500 San Pedro, Suite 302
San Antonio, TX 78232

_____
Edward J. Batis, Jr.

F:\dvj\314-185\Notice of Settlement.docx