IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ROGELIO PONCE § | | CIVIL ACTION NO. |
| Plaintiff, § | | |
| § | | |
| vs. § | | 7:16-cv-219 |
| § | | |
| STATE FARM LLOYDS § | | |
| AND RAFAEL NAVARRO § | | |
| Defendants. § | | JURY REQUESTED |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Rogelio Ponce, files this Stipulation of Dismissal signed by all parties, including Defendants State Farm Lloyds and Rafael Navarro, because all matters in controversy have been resolved between the parties. The parties respectfully request that the Court dismiss this case with prejudice.

Dated this the _____ day of June, 2016.

Respectfully submitted,

By: /s/ Perry Dominguez
　　Kevin S. Baker
　　Federal Bar No. 306997
　　Perry Dominguez
　　Federal Bar No. 690067
**KETTERMAN, ROWLAND & WESTLUND**
16500 San Pedro, Ste. 302
San Antonio, Texas 78232
Telephone: (210) 490-7402
**COUNSEL FOR PLAINTIFF,
ROGELIO PONCE**

AND

By: [signature]
　　David V. Jones
　　Southern District of Texas No. 3707

                    Edward J. Batis, Jr.
                    Southern District of Texas No. 179932
                    Leslie Megin Koch
                    Southern District of Texas No. 19546
**JONES, ANDREWS & ORTIZ, P.C.**
10100 Reunion Place, Suite 600
San Antonio, Texas 78216
210/344-3900
210/366-4301 Facsimile
**COUNSEL FOR DEFENDANTS,**
**STATE FARM LLOYDS AND**
**RAFAEL NAVARRO**

F:\dvj\314-185\Stipulation of Dismissal.docx