United States District Court
Southern District of Texas
**ENTERED**
August 10, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ROGELIO PONCE, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:16-CV-00219 |
| § | |
| STATE FARM LLOYDS, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

The Court now considers the stipulation of dismissal,[1] filed by Rogelio Ponce, State Farm Lloyds, and Rafael Navarro, announcing that they jointly agree to dismiss the case with prejudice. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides for dismissal without court order when all appearing parties have signed the stipulation. Here, all appearing parties have signed the stipulation. Thus, the case has been **DISMISSED with PREJUDICE** and no court order is necessary. The Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 10th day of August, 2016.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 14.